LILLIAN L. DAVIDSON, Respondent, *v.* RADIO CITY MUSIC HALL CORPORATION, Appellant.

Submitted March 9, 1942; decided April 23, 1942.

*James J. McLoughlin, Thomas F. Harrigan* and *Francis J. McLoughlin* for appellant.

*Harry Kalman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, CONWAY and DESMOND, JJ. Dissenting: LEHMAN, Ch. J., FINCH and LEWIS, JJ.